IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DARLENE WELLS**                                                                              **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO. 3:03CV1338BN**

**HOME DEPOT USA, INC.**                                                                    **DEFENDANT**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Darlene Wells, Plaintiff in the above styled and numbered cause, and Home Depot USA, Inc., Defendant in the above styled and numbered cause, by and through their respective counsel of record and, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure (2005), and hereby advise the Court that Defendant Home Depot USA, Inc. is voluntarily dismissed from the above matter without prejudice.

So stipulated on this, the **tenth** day of **August**, A.D., 2005.


_____/s/ J. C., Patton_____
COUNSEL FOR THE PLAINTIFF


_____/s/ W. Heath Hillman_____
COUNSEL FOR DEFENDANT

**PREPARED BY:**

J. C. Patton
MS Bar No. _____
Crawley Law Offices
P. O. Drawer 947
Louisville, MS 39339
Telephone: (662) 773-5093
Facsimile: (662) 773-8262
*Of Counsel for Plaintiff*

Dorrance Aultman
MS Bar No. 1661
W. Heath Hillman
MS Bar No. 100715
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
Hattiesburg, MS 39403-0750
Telephone: (601) 583.2671
Facsimile: (601) 583.2677
*Of Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date, August 10, 2005, electronically filed the above and foregoing Stipulation of Dismissal with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsel of record:

J. C. Patton, Esq.
jcpatton@hotmail.com


and I hereby certify that I have mailed the above by First Class Mail, postage prepaid, to the following non-ECF participants:

NONE


                                              /s/  W. Heath Hillman